# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-1904

———————

In re: Darius J. Whitson, Sr.,    *
                         *
         Debtor.          *
                         *

------------------    *
                         *

Darius J. Whitson, Sr.,    *
                         *   Appeal from the United States
         Appellant,       *   District Court for the
                         *   Eastern District of Missouri.
     v.                  *
                         *         [UNPUBLISHED]
Transouth Financial      *
Corporation,              *
                         *
         Appellee.        *

———————

Submitted:   April 1, 1997

Filed:   April 9, 1997

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Darius J. Whitson appeals the district court's[1] affirmance of the bankruptcy court's[2] grant of Transouth Financial Corporation's motion for relief from an automatic stay. After careful review of the record and the parties' briefs, we conclude the district

---

[1] The Honorable George F. Gunn, Jr., United States District Judge for the Eastern District of Missouri.

[2] The Honorable James J. Barta, United States Bankruptcy Judge for the Eastern District of Missouri.

court's judgment was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

We also deny Whitson leave to move for supplemental relief.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.